**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY - US
(f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

**ORDER**

Defendants,

and

ROGER C. LARSON,

Third Party Plaintiff,

v.

TAWAKONI LAND & DEVELOPMENT COMPANY, a Texas corporation,

Third Party Defendant.

---

This matter came on for hearing before the undesigned Magistrate on April 3, 2001, at 2:00 p.m. Appearances were as noted on the record.

Based upon the record, files, proceedings, Plaintiff's Notice of Motion and Motion, supporting Memorandum, and oral arguments, the Court makes the following order:

N:\PL\djm\57850.wpd

APR 03 2001

IT IS HEREBY ORDERED, that Plaintiff is granted leave to file and serve Defendant Roger C. Larson with Notice, pursuant to Minn. Stat. §582.042, in the form attached hereto.

Dated: April 3, 2001.

BY THE COURT:

John M. Mason
Magistrate Judge of U.S. District Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY - US
(f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

Defendants,

and

ROGER C. LARSON,

Third Party Plaintiff,

v.

TAWAKONI LAND & DEVELOPMENT COMPANY, a Texas corporation,

Third Party Defendant.

---

The following notice is served upon you with the Summons and Complaint, pursuant to Minn. Stat. § 582.042:

**EXHIBIT A**

# DESIGNATION NOTICE

IF THE PROPERTY TO BE SOLD CONTAINS SEPARATE TRACTS, YOU MAY REQUEST THAT THE TRACTS BE SOLD AND REDEEMED SEPARATELY. EACH OF THE SEPARATE TRACTS MUST CONFORM TO LOCAL ZONING ORDINANCES.

YOU MUST PROVIDE THE COURT WITH A COPY OF THE LEGAL DESCRIPTIONS OF EACH OF THE TRACTS YOU HAVE DESIGNATED TO BE SOLD SEPARATELY.