**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY - US
(f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

**ORDER**

Defendants,

and

ROGER C. LARSON,

Third Party Plaintiff,

v.

TAWAKONI LAND & DEVELOPMENT COMPANY, a Texas corporation,

Third Party Defendant.

---

Based upon the attached Stipulation, it is ordered that Dakota Bank, f/k/a Phalen Park State Bank ("Dakota Bank") has no right, title or interest in the property (the "Property") described with particularity in Plaintiff's Complaint and the mortgage interest previously held by Dakota Bank in the Property has been satisfied and is of no further force and effect. It is hereby

N:\PL\djm\53881.wpd

FILED 5-31-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

further ordered that Plaintiff's claims against Dakota Bank are dismissed without prejudice and Dakota Bank and Plaintiff shall each bear its own costs and disbursements.

Dated: May 31, 2001.

Honorable David S. Doty
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY - US
(f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

Defendants,

**STIPULATION OF DISMISSAL OF DEFENDANT PHALEN PARK STATE BANK**

and

ROGER C. LARSON,

Third Party Plaintiff,

v.

TAWAKONI LAND & DEVELOPMENT COMPANY, a Texas corporation,

Third Party Defendant.

---

The parties hereto, through the undersigned counsel, hereby stipulate and agree that Dakota Bank formerly known as Phalen Park State Bank ("Dakota Bank"), a named defendant in the above-captioned matter, has no interest in the property made the subject of this foreclosure action, and that the mortgage held by Dakota Bank, filed September 7, 1976, as Document No. 34886 and identified as Exhibit C to Plaintiff's Complaint, is fully satisfied and has been

hereto and marked as **Exhibit A** is a true and correct copy of the Satisfaction of Mortgage filed in connection herewith.

The parties hereby further stipulate that an Order in the form attached hereto may be entered by the Court dismissing Dakota Bank as a party and adjudicating that it has no right, title and interest in the property described with particularity in Plaintiff's Complaint.

Dated: 5-30, 2001

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]

Paul L. Ratelle (#127632)
Daniel J. McGarry (#273855)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**ELWORTHY & MARSHALL, P.C.**
Bruce R. Elworthy
Wyoming Bar No. 6-2731
1001 Pioneer Road
Sheridan, WY 82801
**ATTORNEYS FOR PLAINTIFF**

Dated: 5·25, 2001

**RIDER BENNETT EGAN & ARUNDEL, LLP**

By: [signature]

James R. Walston (#170525)
333 S. 7th Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951
**ATTORNEYS FOR DAKOTA BANK, F/K/A PHALEN PARK STATE BANK**

By Corporation or Partnership

EXHIBIT
A

# Satisfaction Of Mortgage

Date: FEBRUARY 9, 2001

(reserved for recording data)

THAT CERTAIN MORTGAGE owned by the undersigned, a ________ under the laws of Minnesota, dated AUGUST 30, 1976, executed by ROGER C. LARSON, as Mortgagor, to DAKOTA BANK FORMERLY KNOWN AS PHALEN PARK STATE BANK, as Mortgagee, and filed for record SEPTEMBER 7, 1976, as Document Number 348886 (or in Book ______ of ________ Page ________), in the Office of the (County Recorder) (Registrar of Titles) of WASHINGTON County, Minnesota, is, with the indebtedness thereby secured, fully paid and satisfied.

DAKOTA BANK f/k/a Phalen Park State Bank BY MERGER

By [signature]
Its Senior Vice President

By [signature]
Its Credit Manager

RETURN TO:
DAKOTA BANK

1060 Dakota Drive
Mendota Heights, MN 55120

STATE OF MINNESOTA
COUNTY OF Dakota } ss.

The foregoing instrument was acknowledged before me this 9th day of February 2001, by Laura L. Hanson and Penny Rusinko, the Senior Vice President and Credit Manager of Dakota Bank, a Corporation under the laws of Minnesota, on behalf of the Corporation.

THIS INSTRUMENT WAS DRAFTED BY (NAME AND ADDRESS):

DAKOTA BANK
1060 Dakota Drive
Mendota Heights, MN 55120

[signature]
SIGNATURE OF PERSON TAKING ACKNOWLEDGMENT

NOTARIAL STAMP OF SEAL (OR OTHER TITLE OR RANK)

NANCY J. MOLNAR
NOTARY PUBLIC - MINNESOTA
My Comm. Expires Jan. 31, 2005