**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY - US
(f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

**ORDER**

Defendants,

and

ROGER C. LARSON,

Third Party Plaintiff,

v.

TAWAKONI LAND & DEVELOPMENT COMPANY, a Texas corporation,

Third Party Defendant.

---

This matter came on for informal hearing before the undersigned Magistrate on June 4, 2001, at 2:00 p.m.

Based upon the stipulation of counsel, the Court makes the following order:

IT IS HEREBY ORDERED, that the oral depositions of Clifford Gibbs and Richard McCrillis previously scheduled for, respectively, June 11, 2001 and June 12, 2001 are continued to, respectively, 1:00 p.m. on July 9, 2001 and 10:00 a.m. on July 10, 2001 at the locations

FILED JUL 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

previously noticed by the Plaintiff. It is hereby further ordered in conformity with the stipulation of counsel that Plaintiff and Defendant Roger C. Larson shall reasonably cooperate with one another to schedule additional oral depositions in this matter between the July 9, 2001 and July 27, 2001.

Dated: July 2, 2001.

BY THE COURT:

John M. Mason
Magistrate Judge of U.S. District Court