UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMTRUST INCORPORATED,

Plaintiff,

v.

ROGER C. LARSON, et al.,

Defendants.

CIVIL NO. 00-2615 (DSD/JMM)

**FINAL** PRETRIAL
SCHEDULING ORDER

**Pursuant to the Stipulation of the Parties dated September 4, 2001 and** pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

February 28, 2001 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

March 1, 2001 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

**October 1, 2001** - By Plaintiff
**October 15, 2001** - By Defendants

**November 30, 2001** - All discovery of any kind shall be commenced in time to be completed by this date.

Filed SEP 05 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials __________

**December 5, 2001** - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

January 1, 2002 - All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than March 1, 2002. The parties estimate that trial of this Jury matter will take 4-6 days.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Dated: September 5, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

This matter involves a foreclosure seeking recovery of security for a debt of $275,000. Discovery was to close on November 1, 2001. Counsel for Defendants and Third-Party Plaintiffs states that "he is unable to accommodate the proposed schedule for

taking depositions due to his schedule" and therefor the parties have agreed to allow additional time for discovery, and for the delivery of expert witness reports. The Court has shortened their proposed extension of time for completion of discovery, since it has not been made to appear that the depositions which are necessary in this case cannot be completed by December 1, 2001. If the Court's assistance is required in establishing a schedule, application may be made by Motion upon a shortened timetable, which may be established by telephone conference.

The parties have recited that some depositions may take 4 days. The Court expresses no opinion as to whether depositions of that length may be warranted, which will depend in part upon the responsiveness of the witness to the questions asked at the deposition.

J.M.M.

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500