UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-2615 DSD/JMM

AMTRUST INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

v.

ROGER C. LARSON, individually, UNITED STATES OF AMERICA, EVELYN M. LARSON, individually, PHALEN PARK STATE BANK, WELLS FARGO BANK MINNESOTA, N.A. (fka Norwest Bank Minnesota, N.A.), CLARIC LIFE INSURANCE COMPANY – US (fka TMG Life Insurance Company)

Defendants;

and

ROGER C. LARSON,

Third-party Plaintiff,

v.

TAWAKONI LAND & DEVELOPMENT COMPANY, a Texas corporation,

Third-party Defendant;

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Third-party Plaintiff Roger C. Larson, by his attorneys, and Third-party Defendant Tawakoni Land & Development Company, by its attorneys, hereby stipulate and agree that Third-party Defendant Tawakoni Land & Development Company be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a) and (c), with



FILED 12-3-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

respect to all claims asserted by Roger C. Larson in the above captioned matter. Each party shall bear its own costs and fees.

Dated: November 28, 2001

STEPHENSON & SANFORD

By: ______________________
Valdis A. Silins (# 12221X)
501 Marquette Ave., Suite 1440
Minneapolis, Minnesota 55402
(612) 375-1440

**Attorneys for Roger C. Larson**

Dated: November 12, 2001

BRIGGS AND MORGAN, P.A.

By: ______________________
Kurt J. Niederluecke (#271597)
W-2200 First National Bank Building
332 Minnesota Street
Saint Paul, Minnesota 55101
(651) 223-6600

**Attorneys for Tawakoni Land & Development Company**

**ORDER**

Based on the foregoing Stipulation between the parties, Third-party Defendant Tawakoni Land & Development Company is dismissed with prejudice in the above captioned matter. Each party shall bear its own costs and fees

BY THE COURT:

______________________
Judge of United States District Court

Dated: December 3, 2001.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500