UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2615(DSD/JMM)

Amtrust, Inc.,

Plaintiff,

v.

**FINAL PRETRIAL CONFERENCE**

Roger C. Larson, et al.,

Defendants.

**IT IS HEREBY ORDERED** that a final pretrial conference will be held on July 2, 2002, at 9:00 a.m. in Suite 14W, U.S. District Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: June 6, 2002

David S. Doty by pjm
David S. Doty, Judge
United States District Court

FILED 6-6-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______