**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

**ORDER**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY
- US (f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

Defendants,

---

In accordance with the terms of the Stipulation entered into between the Plaintiff and the Defendant United States of America,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation between Plaintiff and Defendant United States of America is hereby approved.

2. Order is hereby entered in accordance with the terms of that Stipulation.

Dated: June 17, 2002

The Honorable David S. Doty
United States District Court Judge

FILED 6-18-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

N:\PL\PLR\191277.doc

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

vs.

ROGER C. LARSON, individually, THE UNITED STATES OF AMERICA, EVELYN M. LARSON, individually PHALEN PARK STATE BANK MINNESOTA, WELLS FARGO BANK MINNESOTA, NA, (f/k/a NORWEST BANK MINNESOTA, NA) and CLARICA LIFE INSURANCE COMPANY – US (f/k/a TMG LIFE INSURANCE CO.) a North Dakota Corporation,

Defendants.

**CIVIL FILE NO.: 00-2615 DSD/JMM**

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT UNITED STATES OF AMERICA**

---

**WHEREAS, Plaintiff commenced the action seeking declaratory and contractual relief with regard to the subject mortgage; and**

**WHEREAS, Defendant United States of America, on behalf of its agency the Internal Revenue Service (hereinafter "United States"), interposed an Answer to Plaintiff's Complaint; and**

**WHEREAS, Plaintiff and Defendant United States now wish to resolve any and all issues without resort to further litigation; and**

**NOW THEREFORE IT IS AGREED:**

**1. That Plaintiff and Defendant United States hereby stipulate that Defendant United States has a lien interest by virtue of various federal tax liens referenced in the Complaint and Defendant United States' Answer and that this lien interest is junior to the lien interest of Plaintiff in the subject real property; and**

**2. That Plaintiff hereby acknowledges the redemption rights of the Defendant United States pursuant to 28 U.S.C. § 2410; and**

**3. That neither party seeks any costs or fees against one another in the action herein; and**

**4. That Defendant United States hereby acknowledges that it does not and will not object to Plaintiff seeking the declaratory and contractual relief sought in the Complaint despite any denials contained in the Answer interposed by the United States including any judgment arising therefrom; and**

**5. That Plaintiff hereby agrees to give notice of sale only to the Defendant United States by certified mail addressed to its undersigned attorneys at address appearing below; and**

**6. Any and all other "notice" requirements, statutory or otherwise, are waived.**

**IN WITNESS WHEREOF, the parties state and agree that this agreement is entered into without coercion or duress, that the document has been fully read and reviewed with legal counsel, and that each party understands the meaning, effect and intent of the agreements contained herein.**

**Dated:** June 12, 2002

**THOMAS B. HEFFELFINGER**
**United States Attorney**

Roylene A. Champeaux

**By: ROYLENE A. CHAMPEAUX**
**Assistant U.S. Attorney**
**Attorney ID Number 154805**
**600 United States Courthouse**
**300 South Fourth Street**
**Minneapolis, Minnesota 55415**
**(612) 664-5685**

**Attorneys for Defendant**
**United States of America**
**(Internal Revenue Service)**

**<u>Amtrust, Incorporated v. Roger C. Larson, et al</u>**
**Civil File No. 00-2615 DSD/JMM**

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT UNITED STATES OF AMERICA**

Dated:

FABYANSKE, WESTRA & HART, P.A.

BY: Paul L. Ratelle
PAUL L. RATELLE, (#127632)
DANIEL J. McGARRY, (#273855)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ELWORTHY & MARSHALL, P.C.
Bruce R. Elworthy
Wyoming Bar No. 6-2731
1001 Pioneer Road
Sheridan, WY 82801

Attorneys for Plaintiff