**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,
Plaintiff,

vs.

ROGER C. LARSON, individually, THE UNITED STATES OR AMERICA, EVELYN M. LARSON, individually, PHALEN PARK STATE BANK, WELLS FARGO BANK MINNESOTA, NA (f/k/a NORWEST BANK MINNESOTA, NA) and CLARICA LIFE INSURANCE COMPANY - US (f/k/a TMG LIFE INSURANCE CO.) a North Dakota corporation,

Defendants,

**CIVIL FILE NO. 00-2615 DSD/JMM**

**STIPULATION TO DISMISS AND ORDER**

WHEREAS, Plaintiff commenced the action seeking declaratory and contractual relief with regard to the subject mortgage;

WHEREAS, Defendant Roger C. Larson ("Larson") has interposed five separate claims for relief as counterclaims in this action;

WHEREAS, Defendant Larson agrees that he is not seeking money damages from Plaintiff in this action and is therefore in agreement with Plaintiff that it is appropriate to dismiss his counterclaims for money damages;

WHEREAS, notwithstanding his agreement to dismiss the counterclaims, he does not intend to waive in this action the right to assert his counterclaims for declaratory relief, commercially reasonable sale and accounting to the extent that these claims may constitute affirmative defenses to Plaintiff's claims;

FILED JUL [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, Plaintiff and Defendant Larson now wish to enter into this stipulation to dismiss Defendant Larson's Counterclaims as set forth herein; and

NOW THEREFORE IT IS AGREED:

1. That Defendant Larson's counterclaims are hereby dismissed;

2. That notwithstanding the dismissal of Defendant Larson's counterclaims for declaratory relief, accounting and commercially reasonable sale, the allegations pertaining to these claims shall be considered by the Court only to the extent that may constitute affirmative defenses to Plaintiff's claims in this action; and

3. That the Court may enter an order in accordance with this Stipulation as set forth herein.

IN WITNESS WHEREOF, the parties state and agree that this agreement is entered into without coercion or duress, that the document has been fully read and reviewed with legal counsel, and that each party understands the meaning, effect and intent of the agreements contained herein.

DATED: June 24, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: ______________________

Paul L. Ratelle (#127632)
Daniel J. McGarry (#273855)
920 Second Avenue South, Suite 100
Minneapolis, MN 55402
(612) 338-0115

**ELWORTHY & MARSHALL, P.C.**
Bruce R. Elworthy
Wyoming Bar No. 6-2731
1001 Pioneer Road
Sheridan, WY 82801
**ATTORNEYS FOR PLAINTIFF**

DATED: 6 - 24, 2002

**STEPHENSON & SANFORD, P.L.C**

By: ______________________

Valdis A. Silins (#12221X)
William L. Norine (# 188049)
Suite 1440
501 Marquette Avenue
Minneapolis, MN 55402
**ATTORNEYS FOR ROGER LARSON**

**ORDER**

In accordance with the terms of the Stipulation of the parties set forth above,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation between Plaintiff and Defendant Roger C. Larson is hereby approved.

2. Order is hereby entered in accordance with the terms of that Stipulation dismissing Defendant Roger C. Larson's counterclaims in this action.

Dated: June 28, 2002

______________________
The Honorable David S. Doty
United States District Court Judge