UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2615 (DSD/SRN)

Amtrust Incorporated, a Wyoming corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

v.

**ORDER**

Roger C. Larson, individually, the United States of America, Evelyn M. Larson, individually, Phalen Park State Bank, Wells Fargo Bank Minnesota, NA (f/k/a Norwest Bank Minnesota, NA) and Clarica Life Insurance Company - US (f/k/a TMG Life Insurance Co.), a North Dakota corporation,

Defendants,

and

Roger C. Larson,

Third-Party Plaintiff,

v.

Tawakoni Land & Development Company, a Texas corporation,

Third-Party Defendant.

Paul L. Ratelle, Esq., Daniel J. McGarry, Esq. and Fabyanske, Westra & Hart, 920 2nd Avenue South, Suite 1100, Minneapolis, MN 55402 and Bruce R. Elworthy, Esq., Elworthy & Marshall, 1001, Pioneer, Sheridan, WY 82801, counsel for plaintiffs.

JUL 3 2002
FILED
RICHARD D SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Valdis A. Silins, Esq. and Stephenson & Sanford, 501 Marquette Avenue, Suite 1440, Minneapolis, MN 55402 and William L. Norine, Esq. and Anderson & Norine, 770 Pine Street South, P.O. Box 507, Grantsburg, WI 54840, counsel for defendant Roger C. Larson.

Chad D. Lemmons, Esq. and Kelly & Fawcett, 444 Cedar Street, Suite 2350, St. Paul, MN 55101, counsel for defendant Evelyn M. Larson.

This matter is before the court upon the motion of Stephenson and Sanford, LLC, and attorneys for defendant Roger Larson for a court order permitting them to withdraw as counsel for Larson in the above-entitled matter. This matter is also before the court upon plaintiff's motion to strike and waive jury trial and upon both parties' motions in limine.

Based upon a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The motion of Stephenson and Sanford, LLC, and attorneys for defendant Roger Larson, permitting them to withdraw as counsel for Roger Larson is granted.

   a. Defendant Roger Larson shall have two weeks from July 2, 2002 to find new counsel to represent him in this matter.

   b. A new trial date is set for August 12, 2002.

2. Plaintiff's motion to strike and waive trial by jury is denied at this time.

3. The parties' respective motions in limine are resolved as follows:

a. Plaintiff's motion in limine requesting Rocky Ellingson be prevented from testifying as to his opinion about the value of the inventory and equipment at the North St. Paul offices of Minnesota Package Products, Inc. d/b/a Pacific Pool and Patio is granted.

b. Plaintiff's motion in limine requesting that neither party introduce any evidence concerning settlement negotiations which have taken place in this matter is granted. However, the parties shall be allowed to introduce evidence relevant to any Offer in Compromise negotiations with the Internal Revenue Service and other evidence of admissions by plaintiff of asset values that are not foreclosed by Rule 408, Federal Rules of Evidence.

c. Plaintiff's motion in limine requesting the court to limit expert testimony at trial to those persons timely disclosed by the parties as experts and

limiting their testimony to the content of their expert report is granted.

d. Plaintiff's motion in limine to preclude Evelyn Larson from testifying at trial is granted based on the stipulation of the parties.

e. The remaining motions in limine will be ruled on at trial.

Dated: July 3, 2002

David S. Doty, Judge
United States District Court