**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/JMM**

vs.

ROGER C. LARSON, individually,
THE UNITED STATES OR AMERICA,
EVELYN M. LARSON, individually,
PHALEN PARK STATE BANK,
WELLS FARGO BANK MINNESOTA, NA
(f/k/a NORWEST BANK MINNESOTA, NA)
and CLARICA LIFE INSURANCE COMPANY - US
(f/k/a TMG LIFE INSURANCE CO.)
a North Dakota corporation,

**ORDER**

Defendants,

---

Based upon the attached Stipulation between Plaintiff and Clarica Life Insurance Company – US f/k/a TMG Life Insurance Co. ("Clarica"), it is ordered that Clarica has no right, title or interest in the property (the "Property") described with particularity in Plaintiff's Complaint and that any judgment lien or other lien or claim which Clarica has had or may have in the Property has been satisfied and is of no further force and effect. It is hereby further ordered that Plaintiff's claims against Clarica are dismissed with prejudice and Clarica and Plaintiff shall each bear its own costs and disbursements herein.

Dated: June 28, 2002

Honorable David. S. Doty
United States District Court Judge

N:\PL\djm\55854.wpd

FILED JUL 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK