UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2615 (DSD/SRN)

Amtrust Incorporated, a Wyoming corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

v.

**ORDER**

Roger C. Larson, individually, the United States of America, Evelyn M. Larson, individually, Phalen Park State Bank, Wells Fargo Bank Minnesota, NA (f/k/a Norwest Bank Minnesota, NA) and Clarica Life Insurance Company - US (f/k/a TMG Life Insurance Co.), a North Dakota corporation,

Defendants.

**IT IS HEREBY ORDERED** that the trial in the above-captioned case is set before the undersigned on September 16, 2002, at 9:00 a.m., Courtroom 14 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: August 9, 2002

David S. Doty, Judge
United States District Court

FILED 8-9-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

# Courtroom Technology Information

## Senior Judge David S. Doty – Courtroom 14W

**Judge Doty's courtroom contains the following equipment:**

- Evidence Presentation Cart (document camera, vcr, audio cassette player, touch panel, monitor, microphone, laptop input, video input, and audio input)
- Video monitors for the Judge, jury, witness, counsel, courtroom deputy, and spectators.
- Lectern
- Judge's Touch Panel

### Contact Information

| | |
|---|---|
| Courtroom Deputy – Connie Baker | 612-664-5063 |
| Chambers Main Line | 612-664-5060 |
| Court Reporter – Kristine Mousseau | 612-664-5106 (Real Time Arrangements) |

### Courtroom Technology Training

The U.S. District Court of Minnesota does offer on-going training on the Courtroom Technology equipment in both Minneapolis and St. Paul. Please check the U.S. District Court's website at www.mnd.uscourts.gov or call Kristine Wegner at 612-664-5125 for dates and times.

### Courtroom Technology Courtroom Practice

The U.S. District Court invites counsel to call chambers prior to court proceedings to visit the courtroom they will be practicing in just prior to the courtroom proceeding. Bring the laptop, documents or any other evidence you plan to present to the court for prior practice.

### Laptop Note

If you plan to use a laptop in the courtroom you *may* need to bring VGA cords depending on where you plan to place the laptop. The Evidence Cart has two VGA inputs and cords are provided for both sides. If you wish to present from the attorney tables, bring a 15 pin male/15 pin male VGA cord.