**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Amtrust Incorporated,**

**Plaintiff,**

**v.**

**Roger C. Larson, et al.,**

**Defendants.**

**Civil No. 00-2615 DSD/SRN**

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: August 30, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED SEP 03 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

PURSUANT TO ORDER OF RECUSAL THE NEW MAG. JUDGE IN THIS ACTION IS:

MAGISTRATE JUDGE FRANKLIN L. NOEL

CASE NUMBER REMAINS THE SAME EXCEPT FOR MAG. JUDGES' INITIALS

00-2615 DSD/FLN

PLEASE USE CASE NUMBER WITH NEW MAG. JUDGES' INITIALS ON ALL PLEADINGS AND DOCUMENTS SUBMITTED TO THE COURT IN THIS CIVIL ACTION 00-2615 DSD/FLN 00-2615 DSD/FLN 00-2615 DSD/FLN