# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amtrust, Incorporated a Wyoming corporation,
as Trustee of the Lindan Amthor Bolanos
Texas Trust

Case No. Civil 00-2615 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Roger C. Larson, individually

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff and against the defendant in the amount of $108,385.44. Plaintiff recover from defendant their costs of action

DATE:
October 7, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
Mary Kaye Conery , Deputy Clerk

DAVID S. DOTY
United States District Judge