**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,
Plaintiff,

vs.

ROGER C. LARSON,

Defendant.

**CIVIL FILE NO. 00-2615 DSD/FLN**

**STIPULATION TO SET BRIEFING SCHEDULE AND ORDER**

The parties hereto through their undersigned counsel hereby enter into this Stipulation to set the briefing schedule for Plaintiff's Motion for an Award of Attorney Fees and Costs. This stipulation is made pursuant to Rule 54.3 of the Local Rules of the United States District Court for the District of Minnesota.

WHEREAS, in accordance with the provisions of the Order of the Court dated December 18, 2002, the parties desire to set forth deadlines for the submission of materials relative to the amount of attorneys' fees and legal expenses Plaintiff is entitled to recover in this matter;

NOW, THEREFORE, it is hereby stipulated and agreed between Amtrust, Inc. and Roger Larson, through their undersigned counsel, that materials to be submitted by the parties to the Court shall be submitted as follows:

**STIPULATION**

1. Plaintiff, Amtrust, Inc., shall serve and file its Motion for Attorneys' Fees and Costs together any accompanying affidavits or memoranda on or before January 10, 2003.
2. Defendant, Roger Larson, shall serve and file any responsive papers on or before January 31, 2003.

FILED 12-31-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. Plaintiff, Amtrust, Inc., shall serve and file any reply on or before February 7, 2003.

4. Parties agree that, pursuant to F.R.C.P. 58, this Court enter an order that Plaintiff's service and filing of its Motion for Attorneys' Fees and Costs together with any accompanying affidavits or memoranda by January 10, 2003 shall be deemed to be a timely motion under Rule 54(d)(2), Federal Rules of Civil Procedure and, accordingly, shall have the same effect under Rule 4(a)(4) of the Federal Rules of Appellate Procedure as a timely motion under F.R.C.P 59.

**FABYANSKE, WESTRA & HART, P.A.**

Dated: December 30, 2002

By ______________________

Paul L. Ratelle (#127632)
Michael A. Rosow (#317998)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEY FOR PLAINTIFF**

**KEITH D. JOHNSON, P.L.L.C.**

By ______________________

Keith D. Johnson, (#51226)
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2525

**ATTORNEY FOR DEFENDANT**

**ORDER**

1. Order is hereby entered in accordance with the foregoing Stipulation.

2. In accordance with Rule 58, Federal Rules of Civil Procedure, Plaintiff's service and filing of its Motion for Attorneys' Fees and Costs together with any accompanying affidavits or memoranda by January 10, 2003 shall be deemed to be a timely motion under Rule 54(d)(2), Federal Rules of Civil Procedure and, accordingly, as provided in Rule 58, Federal Rules of Civil Procedure, shall have the same effect under Rule 4(a)(4) of the Federal Rules of Appellate Procedure as a timely motion under Rule 59, Federal Rules of Civil Procedure.

Dated: December 31, 2002

David S. Doty, Judge
United States District Court