**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Court File No. 00-2615 DSD/FLN

Amtrust, Inc., a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

vs.

Roger C. Larson,

Defendant.

---

## DEFENDANT'S NOTICE OF APPEAL

---

Notice is hereby given that Roger C. Larson, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered on December 18, 2002, and the Order of the Court issued June 11, 2003.

Dated: 7/10/03

Don C. Aldrich, ID #191851
Attorney for Defendant/Appellant Roger C. Larson
331 Second Avenue South, Suite 840
Minneapolis, Minnesota 55401
Tel: (612) 338-3430

AND

Keith D. Johnson, ID #51226
Attorney for Defendant/Appellant Roger C. Larson
Barristers Trust Building
247 Third Avenue South
Minneapolis, Minnesota 55415
Tel: (612) 341-2525
Fax: (612) 341-0116

223

FILED JUL 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ____________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Amtrust, Inc., a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust, ~~Appellant~~/Appellee, | Paul L. Ratelle, Esq.<br>Fabyanske, Westra & Hart, PA<br>920 Second Ave. S., Suite 1100<br>Minneapolis, MN 55402<br>Tel: (612) 338-0115 |
| vs. | COUNSEL: NAME, ADDRESS AND TELEPHONE NUMBER |
| Roger C. Larson<br><br>Appellant/~~Appellee~~. | Don C. Aldrich<br>331 Second Ave. S., Suite 840<br>Minneapolis, MN 55401<br>Tel: (612) 338-3430<br><br>AND<br><br>Keith D. Johnson<br>Barristers Trust Building<br>247 Third Ave. S.<br>Minneapolis, MN 55415<br>Tel: (612) 341-2525 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ( ) Yes. (X) No.

1. Whether the trial court may substitute its own verdict for that rendered by the jury in a post trial motion.

2. Whether the trial court made an error in calculating prejudgment interest.

3. Whether the trial court could award attorney's fees in excess of those mandated by Minn. Stat. § 582.02 and in excess of the amount of attorney's fees set forth in the secured note.

FOR LEAD COUNSEL ONLY
I X have (____ have not) discussed settlement possibilities on appeal with my client.
This appeal X is (___ is not) amenable to settlement.

Submitted by: [signature] 7/7/03
Signature of Lead Counsel — Date

INSTRUCTIONS:

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - White - Send to Appellee (together with an uncompleted Form B)
Copies 2 & 3 - Canary & Pink - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Goldenrod - Retain

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664 5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** July 21, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Marcy Bruckelmyer, Deputy Clerk

**In Re:** District Court Case No.: 00-CV-2615 DSD/FLN
Eighth Circuit Case No.:
Case Title: Amtrust, Inc. vs Roger C. Larson

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
  X The statutory filing fee has been paid, receipt # 700 428079.
  ☐ The statutory filing fee has been waived:
    ☐ USA filed appeal
    ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
X Two certified copies, and one uncertified copy of updated docket sheet from 11/29/00.
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ________ Received by: ________

Date Returned to USDC: ________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: 6 days

Financial Status:

Fee Paid? ☐ Yes, receipt # 700 428079 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes X No

Are there any other pending post-judgement motions? ☐ Yes X No

Is there any keen local interest in this case? ☐ Yes X No

Was a court reporter utilized? X Yes ☐ No

If yes, please identify the court reporter:
Name: Kristine Mousseau
Address:

Phone:

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☐ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

Marcy Bruckelmyer, Deputy Clerk