# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Nos. 03-2867/2971

00-2615 DSD/FLN

| | |
|---|---|
| Amtrust, Incorporated, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust, Appellee/Cross-Appellant, vs. Roger C. Larson, individually, Appellant/Cross-Appellee. | Appeals from the United States District Court for the District of Minnesota |

**JUDGMENT**

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in this causes are affirmed in accordance with the opinion of this Court.

(5172-010199)

November 4, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
DEC 3 0 2004
U.S. DISTRICT COURT MPLS