**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---------------------------------------------

Court File No. 00-2615 DSD/FLN

Amtrust, Incorporated, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

vs.

Roger C. Larson,

Defendant.

---------------------------------------------

**DEFENDANT'S MOTION AND NOTICE OF MOTION TO DEPOSIT PAYMENT ON JUDGMENT PURSUANT TO F.R.C.P. 67**

TO: PLAINTIFF AMTRUST INCORPORATED AND ITS ATTORNEY, PAUL RATELLE, Fabyanske, Westra & Hart800 LaSalle Avenue, Suite 1900, Minneapolis, Minnesota 55402-2307

PLEASE TAKE NOTICE that defendant Roger Larson, pursuant to F.R.C.P. 67, hereby moves the court for an order allowing defendant's payment to the court in the amount of the judgment and post-judgment interest, with plaintiff's right to obtain the funds specifically conditioned on filing of a satisfaction of judgment herein and provision of a satisfaction of the subject mortgage.

This motion is made on the grounds set forth in the Memorandum and Affidavit of Keith D. Johnson filed herewith.

**NOTICE OF MOTION**

This motion shall be heard before the Honorable David S. Doty on May 13, 2005 at 11:00 a.m. at the United States District Court, US Federal Courthouse, 300 Fourth Street South, Minneapolis, Minnesota 55415.

**KEITH D. JOHNSON, P.L.L.C.**

Dated: April 18, 2005

/S/ Keith D. Johnson

Keith D. Johnson, ID #51226
Attorney for Defendant
Barristers Trust Building
247 Third Avenue South
Minneapolis, Minnesota 55415
Phone: (612) 341-2525
Fax: (612) 341-0116