**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---------------------------------------------

Court File No. 00-2615 DSD/FLN

Amtrust, Incorporated, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

vs.

Roger C. Larson,

Defendant.

---------------------------------------------

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO PAY JUDGMENT**

Defendant Roger Larson has requested plaintiff to accept arrangements for payment of the judgment with post-judgment interest in this matter, but plaintiff has refused to do so (Affidavit of Keith D. Johnson). Thus, pursuant to F.R.C.P. 67, plaintiff requests that this court make arrangements for payment and satisfaction of the judgment.

F.R.C.P. 67 states in pertinent part as follows:

> In an action in which any part of the relief sought is a judgment for a sum of money…, a party, upon notice to every other party, and by leave of court, may deposit with the court all or any part of such sum or thing.

Defendant Roger Larson desires to pay the judgment by obtaining a mortgage on his property with Vermilion State Bank, located at 107 East Main Street, Vermilion, MN 55085. Defendant Roger Larson will make arrangements to obtain payment from his bank payable to the court for the amount of the judgment with post-judgment interest.

Defendant Roger Larson is requesting this court to allow defendant to make this payment to the court, but with plaintiff's right to obtain the funds specifically conditioned upon plaintiff's filing of a satisfaction of judgment in this matter and provision of a satisfaction of the subject mortgage to the bank.

The total judgment as of October 1, 2002 was $326,727.48, with an amended judgment on June 10, 2003 adding attorney's fees and costs of $350,065.94. Post-judgment interest is at 1.68% is to be compounded annually. The judgment with post-judgment interest (calculated through May 13, 2005) is as follows:

10/1/02 Judgment $326,727.48

| | | | | | |
|---|---|---|---|---|---|
| - Annual Interest | $326,727.48 | x | 1.68% | = | $5,489.02 |
| - Interest from 10/1/02 – 6/10/03 | $5,489.02 | x | 253/365 | = | $3,804.72 |

6/10/03 Amended Judgment $326,727.48 (original judgment)
\+ 3,804.72 (post-judgment interest to date)
\+ 350,065.94 (attorney fees and costs)
$680,598.14

| | | | | | |
|---|---|---|---|---|---|
| - Annual Interest | $680,598.14 | x | 1.68% | = | $11,434.09 |
| - Interest from 6/10/03 – 10/1/03 | $11,434.09 | x | 112/365 | = | $3,508.54 |

10/1/03 Judgment and Post-Judgment Interest $680,598.14 + 3,508.04 = $684,106.68

| | | | | | |
|---|---|---|---|---|---|
| - Annual Interest | $684,106.68 | x | 1.68% | = | $11,492.99 |

10/1/04 $684,106.68 + 11,492.99 = $695,599.67

| | | | | | |
|---|---|---|---|---|---|
| - Annual Interest | $695,599.67 | x | 1.68% | = | $11,686.07 |
| - Interest from 10/1/04 – 5/13/05 | $11,686.07 | x | 225/365 | = | $7,203.74 |

5/13/05 $695,599.67 + 7,203.74 = $702,803.41

Accordingly, defendant Roger Larson respectfully request that this court allow payment to the court in the amount of $702,803.41, with plaintiff's right obtain the funds specifically conditioned upon plaintiff's filing of an appropriate satisfaction of judgment and provision of a satisfaction of mortgage to Vermilion State Bank, and further ordering that post-judgment interest cease at the time of payment to the court.

**KEITH D. JOHNSON, P.L.L.C.**

Dated: April 18, 2005

/S/ Keith D. Johnson

Keith D. Johnson, ID #51226
Attorney for Defendant
Barristers Trust Building
247 Third Avenue South
Minneapolis, Minnesota 55415
Phone: (612) 341-2525
Fax: (612) 341-0116