**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Court File No. 00-2615 DSD/FLN

Amtrust, Incorporated, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**AFFIDAVIT OF KEITH D. JOHNSON**

vs.

Roger C. Larson,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Keith D. Johnson, being duly sworn on oath, does state and depose as follows:

1. I am the attorney for defendant Roger Larson in the above entitled matter.

2. Since determination of the appeal, the undersigned has contacted plaintiff's attorney, Paul Ratelle, regarding payment of the judgment with post-judgment interest.

3. Attached as Exhibit A is a true and correct copy of a letter from the undersigned to Paul Ratelle, Esq. dated March 16, 2005, inquiring regarding plaintiff's willingness for defendant Roger Larson to attempt to obtain a letter of credit payable to plaintiff in the amount of the judgment plus post-judgment interest, and escrowing an additional amount until agreement or determination is made regarding plaintiff's alleged entitlement to additional attorney's fees.

4. Attached hereto as Exhibit B is a true and correct copy of letter from the undersigned to Paul Ratelle, Esq. dated March 29, 2005 again requesting that Mr. Ratelle advise whether plaintiff would be agreeable to defendant Roger Larson making arrangements for

payment of the judgment with post-judgment interest with money set aside for any attorney's fee claim by plaintiff.

5. Plaintiff, through its attorney Paul Ratelle, has advised that plaintiff is unwilling to enter such an agreement.

FURTHER YOUR AFFIANT SAYETH NOT.

**KEITH D. JOHNSON, P.L.L.C.**

Keith D. Johnson, ID #51226
Attorney for Defendant
Barristers Trust Building
247 Third Avenue South
Minneapolis, Minnesota 55415
Phone: (612) 341-2525
Fax: (612) 341-0116

Subscribed and sworn to before me
this 18 day of April 2005

Notary Public

JULIE ANN KILBER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

**EXHIBIT A**

**LAW OFFICES OF**

**KEITH D. JOHNSON, P.L.L.C.**
**BARRISTERS TRUST BUILDING**
**247 THIRD AVENUE SOUTH**
**MINNEAPOLIS, MINNESOTA 55415**

**Tel: (612) 341-2525**
**Fax: (612) 341-0116**
**Email: kjohnson@wjj.com**

March 16, 2005

Paul Ratelle, Esq.
Fabyanske, Westra & Hart
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402-2307

VIA FAX (612-338-3857)
AND U.S. MAIL

RE: Amtrust, Inc. v. Roger Larson
Civil File No.: 00-2615(DSD/FLN)

Dear Mr. Ratelle:

Following up our discussions, I am inquiring regarding your client's willingness for Roger Larson to attempt to obtain a letter of credit payable to plaintiff in the amount of the judgment plus post-judgment interest, and escrowing an additional amount of $66,110.60 until agreement or determination is made regarding entitlement to additional attorney's fees, with Roger Larson provided a Satisfaction of Judgment to the extent of payment and a Satisfaction of Mortgage.

It is my understanding you will forward to me your calculation of the amount of judgment and post-judgment interest.

I look forward to hearing from you regarding this matter at your earliest convenience.

Very truly yours,

**KEITH D. JOHNSON, P.L.L.C.**

Keith D. Johnson

KDJ/sk

cc: Roger Larson

**EXHIBIT B**

LAW OFFICES OF

**KEITH D. JOHNSON, P.L.L.C.**

**BARRISTERS TRUST BUILDING**
**247 THIRD AVENUE SOUTH**
**MINNEAPOLIS, MINNESOTA 55415**

**Tel: (612) 341-2525**
**Fax: (612) 341-0116**
**Email: kjohnson@wjj.com**

March 29, 2005

Paul Ratelle, Esq.
Fabyanske, Westra & Hart
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402-2307

VIA FAX (612-338-3857)
AND U.S. MAIL

RE: Amtrust, Inc. v. Roger Larson
Civil File No.: 00-2615(DSD/SRN)

Dear Mr. Ratelle:

Regarding calculation of post judgment interest, I was hoping we would agree that post-judgment interest would be calculated by commencing on October 1, 2002 at $326,727.48, calculating 1.68% interest thereon through June 10, 2003, taking the amount of interest up to that date and adding it on to the total amended judgment of $661,504.42 (i.e. $326,727.48 plus attorney fees and costs of $334,775.94), calculating interest at 1.68% on that amount from June 10, 2003 through October 1, 2003, then taking that total sum and compound it by calculating 1.68% interest thereon, with the total compounded the same way thereafter annually on October 1, the anniversary date of the initial judgment. Please advise if this is agreeable.

I would also like to be advised as to whether your client will be agreeable to my client making arrangements for payment of the judgment with post-judgment interest with money set aside for your attorney fee claim as set forth in my previous letter. Unless we can resolve this matter by Friday, I will have not choice but to present this matter to the court by a motion to deposit payment on the judgment pursuant to F.R.C.P. 67.

Please contact me as soon as possible in this regard. I am hopeful we can resolve this matter amicably regarding payment of the judgment and post-judgment interest without having to go to the court regarding this matter.

Very truly yours,

**KEITH D. JOHNSON, P.L.L.C.**

Keith D. Johnson

KDJ/sk

cc: Roger Larson