**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Civil No.: 00-2615 DSD/FLN

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2005, I caused the following documents:

1. Defendant's Motion and Notice of Motion to Deposition Payment on Judgment Pursuant to F.R.C.P. 67;
2. Defendant's Memorandum in Support of Motion to Pay Judgment; and
3. Affidavit of Keith D. Johnson.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amy L. DuMond;
Paul L. Ratelle; and
Michael A. Rosow

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be delivered to the Honorable David S. Doty.

**KEITH D. JOHNSON, PLLC**

Dated: April 18, 2005

s/ Keith D. Johnson ______

Keith D. Johnson, ID #51226
Attorney for Defendant
Barristers Trust Building
247 Third Avenue South
Minneapolis, Minnesota 55415
Phone: (612) 341-2525
Fax: (612) 341-0116