**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

vs.

ROGER C. LARSON, individually,

Defendant.

---

**CIVIL FILE NO. 00-2615 DSD/FLN**

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES**

**PLEASE TAKE NOTICE** that the above-named Plaintiff, through its undersigned counsel, will move this Court for an Order awarding attorneys fees to Plaintiff, Amtrust Inc., in an amount to be established at a hearing before the Honorable David S. Doty, at 11:00 o'clock A.M. on May 13, 2005, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

This motion is based on the Memorandum of Law and affidavits submitted in connection with this motion, and upon all the files, records, and proceedings herein.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

Dated: April 28, 2005

By s/ Paul L. Ratelle

Paul L. Ratelle (#127632)
800 LaSalle Avenue
Suite 1900
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR PLAINTIFF**