UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2615(DSD/FLN)

Amtrust Incorporated, a Wyoming corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

v.

**AMENDED ORDER**[1]

Roger C. Larson, individually, the United States of America, Evelyn M. Larson, individually, Phalen Park State Bank, Wells Fargo Bank Minnesota, NA (f/k/a Norwest Bank Minnesota, NA) and Clarica Life Insurance Company - US (f/k/a TMG Life Insurance Co.), a North Dakota corporation,

Defendants.

Paul L. Ratelle, Esq., Michael A. Rosow, Esq. and Fabyanske, Westra & Hart, 920 2nd Avenue South, Suite 1100, Minneapolis, MN 55402 and Bruce R. Elworthy, Esq., Elworthy & Marshall, 1001, Pioneer, Sheridan, WY 82801, counsel for plaintiffs.

Keith Johnson, Esq. and Johnson Law Office, 247 Third Avenue South, Minneapolis, MN 55415, counsel for defendant Roger C. Larson.

This matter is before the court upon the objections of defendant Roger C. Larson ("Larson") and the objections of plaintiff Amtrust, Inc. ("Amtrust") to the report and

[1] This order is amended to reflect the court's consideration of Amtrust, Inc.'s objections to the report and recommendation.

EXHIBIT A

JUN 11 2003
FILED
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

recommendation of United States Magistrate Judge Franklin L. Noel, dated May 7, 2003. Larson objects to the report and recommendation on two grounds, claiming that the court should limit attorneys' fees to 10 percent of the amount due and that plaintiff Amtrust, is not entitled to attorneys' fees for associates and paralegals of the Fabyanske firm because the claim was not supported by an affidavit. Amtrust also objects to the report and recommendation, claiming that the report and recommendation fails to award or otherwise address the $23,402.52 in expenses paid by Amtrust through the law firm of Elworthy & Marshall ("the Elworthy firm") and that the report and recommendation fails to award or otherwise address the $15,290 in work performed by Fabyanske, Westra, & Hart, P.A. ("the Fabyanske law firm"). After de novo review, the court adopts the magistrate judge's report and recommendation in part and modifies the order in part.

First, the court agrees with the magistrate judge's determination that "the secured note does not otherwise limit the attorneys' fees to be awarded to Amtrust." (Report and Recommendation at 5.) As the magistrate judge explained, the secured note stated that if proceedings were instituted on the note for collection, then Larson would pay all costs of collection and enforcement, "including reasonable attorney's fees and court costs, in addition to other amounts due. Reasonable attorney's fees shall be 10% of all amounts due unless either party pleads otherwise."

Amtrust pleaded otherwise in its motion for attorneys' fees. Therefore, the award of attorneys' fees is not limited to 10 percent of all amounts due.

After reviewing the record, the court also agrees with the magistrate judge's conclusion that Amtrust is entitled to fees of $311,316.90, which includes fees for associates and paralegals of the Fabyanske law firm. The court also finds that Amtrust is not entitled to an award of $23,402.52 in expenses paid by Amtrust through the Elworthy firm. "The party seeking an award of fees should submit evidence supporting the hours worked and rates claimed. Where the documentation of hours is inadequate, the district court may reduce the award accordingly." Hensley v. Eckerhart, 461 U.S. 424, 437 (1983). Plaintiff has produced evidence of the hours worked and rates claimed by the Fabyanske law firm. However, as the magistrate judge explained, because the Elworthy firm did not provide an affidavit itemizing their costs and fees, plaintiff has produced inadequate evidence of the costs and fees paid through the Elworthy firm. Therefore, plaintiff is entitled to recover those fees and expenses for associates and paralegals of the Fabyanske law firm but not the fees and costs that Amtrust incurred through the Elworthy firm.

Finally, Amtrust is entitled to recover the $15,290 in work performed by the Fabyanske firm between November 16, 2002 and January 30, 2003. To support its claim for those fees, Amtrust

filed the supplemental affidavit of Paul L. Ratelle, which included exhibit 10, itemizing attorneys' fees from November 16, 2002 to January 30, 2003. Amtrust filed that affidavit along with its reply memorandum on February 7, 2003. While Larson cites Local Rule 7.1(b)(1)(C) to support his contention that the supplemental affidavit is improper, Local Rule 7.1(b)(1)(C) explicitly states: "This rule does not govern post-trial or post-judgment motions." (emphasis supplied.) Because Amtrust submits adequate evidence "supporting the hours worked and rates claimed," Hensley, 461 U.S. at 437, between November 16, 2002, and January 30, 2003, Amtrust is entitled to recover the $15,290 for worked performed by the Fabyanske firm.

Accordingly, after de novo review, **IT IS HEREBY ORDERED** that plaintiff's motion for an award of attorneys' fees [Doc. No. 192] is granted in part and denied in part as follows:

1. To the extent that the motion requests fees incurred by the Elworthy firm, the motion is denied. Amtrust is not entitled to the $102,998 in fees and costs attributed to the Elworthy firm.

2. To the extent that the motion seeks fees for investigating whether the mortgage was paid by Larson to TLD, the motion is denied because the investigations were not in pursuit of remedies under the mortgage but investigating the knowledge of one

of TLD's deceased accountants. $9,338.75 of the fees requested in the Ratelle affidavit will be deducted from the award of attorneys' fees.

3. To the extent that the motion requests reimbursement for costs, the motion is granted in part and denied in part. Amtrust is granted the requested costs, but not for charges for computerized research.

4. In all other respects, the motion is granted. Amtrust is entitled to costs and fees in the amount of $350,065.94

Dated: June 10, 2003

David S. Doty, Judge
United States District Court

**EXHIBIT B**
**To**
**Affidavit of Paul L. Ratelle**
**Dated April 28, 2005**
**In Support of Motion for an Award of Attorneys Fees**
***Amtrust, Inc. v. Roger C. Larson***
**(U.S. District Court File No. 00-2615 DSD/FLN)**

PLR = Paul L. Ratelle (Attorney)
MR = Michael A. Rosow (Attorney)
KDJ = Kelly D. Johnson (Paralegal)
KBL = Karen B. Loewecke (Paralegal)

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| 2/3/03 | MR | Research re reply to attorneys fee motion; conferences with Paul Ratelle re same. | 8.80 | 1,408.00 |
| 2/3/03 | PLR | Review response to attorney fee motion; telephone conference with Erik Giese; work on reply to response. | 2.80 | 770.00 |
| 2/4/03 | MR | Research re motion for attorney fees. | 4.10 | 656.00 |
| 2/4/03 | KDJ | Per Michael Rosow, review trial docket for filings relevant to reply brief, acquire copies of same from Clerk of US District Court. | 1.50 | 135.00 |
| 2/4/03 | PLR | Telephone conference with Erik Giese; work on reply. | 2.80 | 770.00 |
| 2/5/03 | MR | Research and draft reply to attorney fees motion | 8.10 | 1,296.00 |
| 2/5/03 | KDJ | Per Michael Rosow, review trial docket for filings relevant to reply brief, acquire copies of same from Clerk of US District Court. | 1.25 | 112.50 |
| 2/7/03 | KDJ | Assisted Michael Rosow and Paul Ratelle in preparation of reply brief; compiled and organized exhibits to Paul Ratelle's affidavit. | 1.50 | 135.00 |
| 2/7/03 | MR | Draft and revise attorney fees reply | 8.40 | 1,344.00 |
| 2/7/03 | PLR | Telephone conference with Erik Giese; finalize reply regarding attorneys fee motion. | 6.50 | 1,787.50 |
| 2/12/03 | PLR | Review order. | 0.35 | 96.25 |
| 2/17/03 | PLR | Review court's letter; forward to Erik | 0.30 | 82.50 |

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| | | Giese. | | |
| 2/18/03 | MR | Conference with Paul Ratelle re motion for fees | 0.50 | 80.00 |
| 2/18/03 | PLR | Telephone conference with attorney for beneficiaries regarding motion | 1.20 | 330.00 |
| 2/19/03 | MR | Prepare documents for hearing | 0.30 | 48.00 |
| 2/19/03 | PLR | Telephone conference with attorney for beneficiaries; telephone conference with Erik Giese; prepare for hearing | 4.50 | 1,237.50 |
| 2/20/03 | PLR | Prepare for and attend hearing; telephone conference with Erik Giese; telephone conference with attorney for beneficiaries. | 3.00 | 825.00 |
| 4/10/03 | PLR | Telephone conference with attorney Johnson; telephone conference with Erik Giese regarding settlement proposal. | 0.40 | 110.00 |
| 4/23/03 | PLR | Telephone conference with attorney for beneficiaries | 0.30 | 82.50 |
| 4/28/03 | PLR | Review e-mail from Elworthy; forward to Eric and Mary Giese. | 0.30 | 82.50 |
| 5/8/03 | MR | Telephone conferences with court re attorney fees motion; conference with Paul Ratelle re same. | 0.70 | 112.00 |
| 5/8/03 | PLR | Telephone conference with clerk regarding court's order. | 0.35 | 96.25 |
| 5/9/03 | MR | Review order; conferences with Paul Ratelle re same. | 1.80 | 288.00 |
| 5/9/03 | PLR | Review order; forward to Erik Giese. | 0.80 | 220.00 |
| 5/12/03 | MR | Research re objection to R&R. | 0.90 | 144.00 |
| 5/12/03 | PLR | Telephone conference with Erik Giese re order. | 0.50 | 137.50 |
| 5/14/03 | MR | Research and draft objection to Report and Recommendation. | 2.80 | 448.00 |
| 5/15/03 | MR | Review objection; conference with Paul Ratelle re same. | 0.50 | 80.00 |
| 5/20/03 | MR | Review Larson's objection to Report and Recommendation; draft objection to Report and Recommendation. | 3.00 | 480.00 |
| 5/20/03 | PLR | Review objection for Larson; revise Amtrust's objection to Report; forward to Erik for review. | 1.50 | 412.50 |
| 5/21/03 | MR | Research; draft response to Larson's objection to Report and Recommendation. | 4.80 | 768.00 |

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| 5/22/03 | MR | Revise response to Larson's objection to Report and Recommendation. | 0.50 | 80.00 |
| 5/28/03 | MR | Draft and revise response to objection. | 1.50 | 240.00 |
| 5/28/03 | PLR | Conference with Mike Rosow regarding response to Larson's objection. | 0.80 | 220.00 |
| 5/30/03 | MR | Revise response to Larson's objection to Report and Recommendation | 0.60 | 96.00 |
| 6/3/03 | MR | Revise response to Larson's objection. | 0.90 | 144.00 |
| 6/5/03 | MR | Conference with Paul Ratelle | 0.40 | 64.00 |
| 6/5/03 | PLR | Review court order; conference with Mike Rosow regarding follow-up; forward same to Mary and Erik Giese. | 0.60 | 165.00 |
| 6/6/03 | MR | Review court's order | 0.30 | 48.00 |
| 6/9/03 | MR | Telephone conference with court re objection' letter to court re same. | 0.40 | 64.00 |
| 6/11/03 | MR | Review order from court on attorneys fees; conference with Paul Ratelle re status. | 0.60 | 96.00 |
| 6/11/03 | PLR | Review amended order; draft e-mail to client regarding revised order. | 0.40 | 110.00 |
| 6/19/03 | KBL | Conference with Michael Rosow; file review; call to abstractor re obtaining updated O&E reports; letter requesting updates. | 0.75 | 67.50 |
| 7/1/03 | PLR | Telephone conference with client regarding settlement. | 0.40 | 110.00 |
| 7/2/03 | PLR | Coordinate meeting with client. | 0.20 | 55.00 |
| 7/9/03 | MR | Research re status of other interests in land. | 1.80 | 288.00 |
| 7/9/03 | PLR | Review E&O report; telephone conference with Independent Abstract Service regarding report; forward to Erik Giese for his review; review issues for possible appeal. | 1.20 | 330.00 |
| 7/10/03 | PLR | Telephone conference with Erik Giese regarding appeal; settlement. | 0.60 | 165.00 |
| 7/11/03 | MR | Research re notice of appeal period. | 0.40 | 64.00 |
| 7/11/03 | PLR | Notice of Appeal; e-mail from Michelle. | 0.30 | 82.50 |
| 7/22/03 | MR | Conference with Paul Ratelle re appeal. | 0.50 | 80.00 |
| 7/22/03 | PLR | Telephone conference with Erik Giese regarding July 24 meeting. | 0.30 | 82.50 |

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| 7/24/03 | PLR | Prepare for and attend meeting with clients regarding options, appeal, plans for property, etc. | 4.5 | 1,237.50 |
| 7/25/03 | MR | Conference with Paul Ratelle re property and appeal. | 2.10 | 336.00 |
| 7/25/03 | PLR | Meeting with clients; travel to site with clients; conference with Mike Rosow regarding property appeal; telephone conference with Independent Abstract regarding liens. | 4.50 | 1,237.50 |
| 7/28/03 | KDJ | Conference with Paul Ratelle, Patrick Rohland re: acquiring half-section maps from Washington County Surveyor. | 0.25 | 22.50 |
| 7/29/03 | KDJ | Travel to Washington County Survey and Land Management department, obtain 1/2 Section Maps of Larson Property. | 2.50 | 225.00 |
| 7/30/03 | MR | Conference with Paul Ratelle re Wells Fargo; collect information re same. | 0.50 | 80.00 |
| 7/31/03 | MR | Telephone conference with Wells Fargo re mortgage satisfaction. | 1.00 | 160.00 |
| 8/1/03 | KDJ | Per Paul Ratelle, review 1/2 section maps received from Washington County Surveyor, compared with maps previously obtained, marking Larson property, prepared correspondence and transmitted maps to Mr. and Mrs. Giese. | 0.50 | 45.00 |
| 8/1/03 | MR | Telephone conference with court re notice of appeal | 0.30 | 48.00 |
| 8/6/03 | MR | Conference with Paul Ratelle re settlement. | 1.50 | 240.00 |
| 8/6/03 | PLR | Telephone conference with John Martin regarding settlement conference. | 0.45 | 123.75 |
| 8/7/03 | MR | Conference with Paul Ratelle re appeal. | 0.30 | 48.00 |
| 8/8/03 | MR | Research re appeal. | 1.40 | 224.00 |
| 8/12/03 | MR | Research re issues on appeal. | 1.60 | 256.00 |
| 8/12/03 | PLR | Telephone conference with John Martin; telephone conference with Erik Giese. | 0.30 | 82.50 |
| 8/13/03 | MR | Telephone conference with court re scheduling issues; conference with Paul Ratelle re Wells mortgage. | 0.70 | 112.00 |
| 8/14/03 | MR | Telephone conferences with Wells re mortgage; research re same; conference with Paul Ratelle re appeal. | 0.50 | 80.00 |

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| 8/15/03 | MR | Draft notices to court of appeals; research re same. | 1.50 | 240.00 |
| 8/15/03 | PLR | Draft appeal issues for filing with court of appeals. | 0.80 | 220.00 |
| 8/16/03 | MR | Research re notices to court of appeals. | 1.40 | 224.00 |
| 8/25/03 | MR | Research re appeal notice provisions. | 1.80 | 288.00 |
| 8/26/03 | PLR | Draft email to John Martin; telephone conference with Erik Giese re telephonic settlement conference, participate in telephonic settlement conference. | 3.80 | 1,045.00 |
| 8/27/03 | KDJ | Prepared correspondence for courier, Washington County Recorder, for filing of Satisfaction of Deed. | 0.75 | 67.50 |
| 9/15/03 | MR | Review motion to extend time; telephone conference with court re same. | 0.70 | 112.00 |
| 10/21/03 | MR | Review appellant's brief; research re same. | 3.20 | 512.00 |
| 10/21/03 | PLR | Review appeal brief. | 1.00 | 275.00 |
| 10/22/03 | MR | Research appellant's brief. | 2.10 | 336.00 |
| 10/28/03 | MR | Research re appeal. | 2.70 | 432.00 |
| 10/29/03 | MR | Research re appeal. | 3.20 | 512.00 |
| 10/20/03 | MR | Research appeal. | 5.90 | 944.00 |
| 10/31/03 | MR | Research appeal. | 3.10 | 496.00 |
| 11/3/03 | MR | Research re appeal. | 0.50 | 80.00 |
| 11/11/03 | MR | Draft appeal brief. | 3.70 | 592.00 |
| 11/11/03 | PLR | Revisions to brief; review trial record re same. | 2.00 | 550.00 |
| 11/12/03 | MR | Research and draft appellate brief. | 8.00 | 1,280.00 |
| 11/12/03 | PLR | Review and revise brief. | 2.00 | 550.00 |
| 11/13/03 | MR | Research and draft appellate brief. | 6.00 | 960.00 |
| 11/14/03 | MR | Research and draft appellate brief. | 6.60 | 1,056.00 |
| 11/14/03 | PLR | Review and revise brief. | 1.50 | 412.50 |
| 11/15/03 | MR | Draft brief to 8th Circuit. | 2.00 | 320.00 |
| 11/15/03 | PLR | Revise brief. | 2.80 | 770.00 |
| 11/16/03 | MR | Draft brief to 8th Circuit. | 3.00 | 480.00 |
| 11/17/03 | MR | Revise brief to 8th Circuit; conferences with Paul Ratelle re same. | 10.00 | 1,600.00 |
| 11/17/03 | PLR | Further revisions to brief. | 1.50 | 412.50 |
| 11/18/03 | SNP | Create bates labels; bates label documents. | 0.25 | 22.50 |
| 11/18/03 | MR | Revise 8th Circuit brief; conference with Paul Ratelle re same. | 8.10 | 1,296.00 |
| 11/18/03 | PLR | Revisions to brief. | 2.00 | 550.00 |

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| 11/19/03 | MR | Revise and file brief. | 5.80 | 928.00 |
| 11/19/03 | PLR | Finalize brief. | 1.50 | 412.50 |
| 12/29/03 | PLR | Review brief; outline response. | 2.00 | 550.00 |
| 1/12/04 | MR | Conference with Paul Ratelle re appeal. | 0.40 | 72.00 |
| 1/12/04 | PLR | Conference with Michael Rosow re reply brief. | 0.40 | 116.00 |
| 1/13/04 | MR | Review Larson's final brief. | 1.30 | 234.00 |
| 1/14/04 | MR | Research reply on appeal. | 2.90 | 522.00 |
| 1/14/04 | PLR | Telephone conference with Dorene Kelly re closing on Larson property; draft email re closing. | 0.80 | 232.00 |
| 1/15/04 | MR | Research re reply. | 6.30 | 1,134.00 |
| 1/16/04 | MR | Research re reply brief. | 3.60 | 648.00 |
| 1/19/04 | MR | Research and draft reply brief. | 7.70 | 1,386.00 |
| 1/19/04 | PLR | Review and revise reply brief. | 2.00 | 580.00 |
| 1/20/04 | MR | Research and draft reply brief. | 3.00 | 540.00 |
| 1/21/04 | MR | Research and draft reply brief. | 7.00 | 1,260.00 |
| 1/23/04 | MR | Research and draft reply brief. | 1.20 | 216.00 |
| 1/24/04 | MR | Revise reply brief. | 3.30 | 594.00 |
| 1/25/04 | PLR | Revisions to reply brief. | 5.00 | 1,450.00 |
| 1/26/04 | MR | Revise and file reply brief. | 5.20 | 936.00 |
| 1/26/04 | PLR | Revisions to reply brief. | 4.00 | 1,160.00 |
| 1/30/04 | KBL | File review; call to First American Title; letter to First American; conference with Michael Rosow; redraft letter per Michael Rosow and send to First American; call from Lynda Ohman. | 0.75 | 71.25 |
| 2/2/04 | KBL | Call from Lynda Ohman re O & E request, related work. | 0.20 | 19.00 |
| 2/10/04 | MR | Review title materials; letter to client re same. | 0.80 | 144.00 |
| 2/10/04 | PLR | Review notice releasing IRS lien on Larson property; confirm with title company re status. | 0.35 | 101.50 |
| 2/10/04 | KBL | Conferences with Michael Rosow, calls to Lynda Ohman re Federal Tax Lien information on O & E, related work. | 0.60 | 57.00 |
| 6/12/04 | PLR | Prepare for oral argument. | 3.00 | 870.00 |
| 6/13/04 | PLR | Prepare for oral argument. | 5.00 | 1,450.00 |
| 6/14/04 | PLR | Prepare for oral argument; attend oral argument. | 4.00 | 1,160.00 |

| Date | Attorney/ Paralegal | Description of Work | Hours | Value |
|---|---|---|---|---|
| 8/5/04 | KBL | Letter and call to First American Title Company requesting updated O&E report. | 0.40 | 39.20 |
| 8/11/04 | PLR | Review title report. | 0.35 | 101.50 |
| 8/12/04 | PLR | Email to Erik Giese. | 0.35 | 101.50 |
| 9/2/04 | PLR | Telephone call with Daniella; e-mail to Daniella. | 0.50 | 145.00 |
| 11/4/04 | PLR | Review appeal court order; forward to Erik and Mary Giese. | 1.00 | 290.00 |
| 11/10/04 | PLR | Correspondence from Keith Johnson; forward to client. | 0.35 | 101.50 |
| 11/29/04 | PLR | Review petition for review. | 0.35 | 101.50 |
| 12/14/04 | PLR | Review court order re rehearing; telephone conference with trust beneficiary re update. | 1.30 | 377.00 |
| 12/23/04 | PLR | Telephone conference with Erik Giese; draft email to Giese. | 0.80 | 232.00 |
| 1/4/05 | PLR | Correspondence from Johnson. | 0.20 | 61.00 |
| 3/7/05 | PLR | Correspondence from Keith Johnson. | 0.20 | 61.00 |
| 3/14/05 | PLR | Prepare calculations for post judgment interest on judgment; telephone conference with Keith Johnson; telephone conference with Keith Johnson; e-mail to Erik, Mary Giese. | 2.80 | 854.00 |
| 3/15/05 | PLR | Telephone conference with Erik Giese; telephone conference with Keith Johnson re payment of judgment. | 0.65 | 198.25 |
| 3/16/05 | PLR | Review correspondence from Keith Johnson; forward post-judgment interest calculations; draft e-mail to Erik Giese. | 0.65 | 198.25 |
| 3/29/05 | PLR | Letter from Keith Johnson. | 0.20 | 61.00 |
| **TOTAL** | | | | 58,184.70 |

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 1/31/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 11.00 | 0.20 | 2.20 |
| 1/31/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 9.00 | 0.20 | 1.80 |
| 1/31/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 3.00 | 0.20 | 0.60 |
| 2/4/2003 | KDJ | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 42.50 | 42.50 |
| 2/7/2003 | MR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 17.00 | 17.00 |
| 2/7/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Cash Disbursements | 12 | 1.00 | 125.00 | 125.00 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 19.00 | 0.20 | 3.80 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 104.00 | 0.20 | 20.80 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 107.00 | 0.20 | 21.40 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 272.00 | 0.20 | 54.40 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 78.00 | 0.20 | 15.60 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 97.00 | 0.20 | 19.40 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 671.00 | 0.20 | 134.20 |



EXHIBIT
tabbles
C

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 8.00 | 0.20 | 1.60 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 34.00 | 0.20 | 6.80 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 6.00 | 0.20 | 1.20 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 24.00 | 0.20 | 4.80 |
| 2/11/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 66.00 | 0.20 | 13.20 |
| 2/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 471.00 | 0.20 | 94.20 |
| 2/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 102.00 | 0.20 | 20.40 |
| 3/6/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 25.00 | 25.00 |
| 3/6/2003 | KDJ | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 5.00 | 5.00 |
| 5/22/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 7.00 | 7.00 |
| 5/23/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 8.00 | 0.20 | 1.60 |
| 5/23/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 34.00 | 0.20 | 6.80 |
| 5/23/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 4.00 | 0.20 | 0.80 |

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/5/2003 | MR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 27.00 | 27.00 |
| 6/9/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 42.00 | 0.20 | 8.40 |
| 6/13/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 13.00 | 0.20 | 2.60 |
| 6/20/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 14.00 | 0.20 | 2.80 |
| 7/23/2003 | MR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 24.00 | 24.00 |
| 7/25/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 26.00 | 0.20 | 5.20 |
| 7/25/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 10.00 | 0.20 | 2.00 |
| 7/25/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 26.00 | 0.20 | 5.20 |
| 7/25/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 4.00 | 0.20 | 0.80 |
| 7/29/2003 | KDJ | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Mileage | 15 | 1.00 | 15.84 | 15.84 |
| 7/29/2003 | KDJ | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 73.49 | 73.49 |
| 8/4/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 1.00 | 0.20 | 0.20 |
| 8/4/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 1.00 | 0.20 | 0.20 |

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/6/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 17.00 | 17.00 |
| 8/6/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Filing Fees / Recording Fees | 19 | 1.00 | 138.55 | 138.55 |
| 8/13/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 43.16 | 43.16 |
| 6/1/2003 | MR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Lexis Charges | 24 | 1.00 | 35.59 | 35.59 |
| [redacted] | | [redacted] | [redacted] | | | |
| 8/15/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Cash Disbursements | 12 | 1.00 | 150.00 | 150.00 |
| [redacted] | | [redacted] | [redacted] | | | |
| 8/26/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Cash Disbursements-<br>Washington Cty Surveyor | 12 | 1.00 | 75.62 | 75.62 |
| 9/4/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 39.00 | 39.00 |
| 9/5/2003 | KDJ | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Summons & Services | 27 | 1.00 | 75.50 | 75.50 |
| 9/5/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 9.00 | 0.20 | 1.80 |
| 9/5/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 4.00 | 0.20 | 0.80 |
| 9/5/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 1.00 | 0.20 | 0.20 |

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/16/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Deposition Costs | 46 | 1.00 | 853.24 | 853.24 |
| 9/24/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Federal Express / UPS | 23 | 1.00 | 42.33 | 42.33 |
| 10/31/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 128.00 | 0.20 | 25.60 |
| 10/31/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 4.00 | 0.20 | 0.80 |
| [redacted] | | | | | | |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 27.00 | 0.20 | 5.40 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 1.00 | 0.20 | 0.20 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 4.00 | 0.20 | 0.80 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 3.00 | 0.20 | 0.60 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 22.00 | 0.20 | 4.40 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 4.00 | 0.20 | 0.80 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 13.00 | 0.20 | 2.60 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 10.00 | 0.20 | 2.00 |

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 8.00 | 0.20 | 1.60 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 119.00 | 0.20 | 23.80 |
| 11/21/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 16.00 | 0.20 | 3.20 |
| 12/5/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 627.23 | 627.23 |
| [redacted] | | [redacted] | [redacted] | | | |
| 12/15/2003 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Federal Express / UPS | 23 | 1.00 | 13.67 | 13.67 |
| 12/19/2003 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 12.00 | 0.20 | 2.40 |
| 12/30/2003 | BLD | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Federal Express / UPS | 23 | 1.00 | 2.94 | 2.94 |
| 1/30/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 6.00 | 0.20 | 1.20 |
| 1/30/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 17.00 | 0.20 | 3.40 |
| 1/30/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 3.00 | 0.20 | 0.60 |
| 1/30/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 3.00 | 0.20 | 0.60 |
| 2/9/2004 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Hard Cost Photocopies | 98 | 1.00 | 348.98 | 348.98 |

# Transactions Listing

Matter ID begins with '80560-003' and costs and date between 1/30/2003 and 3/31/05

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | | | |
| 2/11/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 5.00 | 0.20 | 1.00 |
| 2/23/2004 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Federal Express / UPS | 23 | 1.00 | 15.75 | 15.75 |
| 3/11/2004 | PLR | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Messenger Fees | 18 | 1.00 | 34.00 | 34.00 |
| 6/11/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 262.00 | 0.20 | 52.40 |
| 8/13/2004 | KBL | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Cash Disbursement<br>O & E Report Update | 12 | 1.00 | 50.00 | 50.00 |
| 8/13/2004 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 6.00 | 0.20 | 1.20 |
| 12/6/2004 | KBL | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Cash Disbursements-<br>O&E Report | 12 | 1.00 | 250.00 | 250.00 |
| 3/18/2005 | 999 | 80560-003 / Amtrust, Inc.<br>Amtrust Incorporated v. Roger C. Larson, et al<br>Photocopies from Copy Counter | 13 | 3.00 | 0.20 | 0.60 |
| | | | Grand Total | | | 3,765.39 |