**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

**CIVIL FILE NO. 00-2615 DSD/FLN**

Plaintiff,

vs.

ROGER C. LARSON, individually,

Defendant.

---

**CERTIFICATE OF SERVICE**

I, Paul L. Ratelle, hereby certify that on May 5, 2005, I caused the following document:

Plaintiff's Memorandum in Opposition to Defendant's Motion Pursuant to Federal Rule of Civil Procedure 67;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Keith D. Johnson kjohnson@wjj.com

Dated: May 5, 2005

s/ Paul L. Ratelle
Fabyanske, Westra, Hart & Thomson, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115
ATTORNEYS FOR PLAINTIFF