**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Court File No. 00-2615 DSD/FLN

Amtrust, Incorporated, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**AFFIDAVIT OF DON C. ALDRICH**

vs.

Roger C. Larson,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Don C. Aldrich, being duly sworn on oath, does state and depose as follows:

1. I was retained to represent defendant in the appeal of the above entitled matter.

2. That I am a sole practitioner with my offices located at 745 Kasota Ave., Minneapolis, Minnesota, 55414, and am experienced in Federal Appellate work, including the Eight Circuit Court of Appeals.

3. I spent a total of 87 hours preparing the briefing and oral argument in this matter which was billed at $125 per hour, for a total billing of $10,875, plus the costs of the briefs, appendix and transcript. These charges were incurred from the preparation of the Notice of Appeal in July, 2003, through the oral argument of the case on June 14, 2004.

4. This time was billed at my normal hourly rate for appellate work, the same rate I charged other clients for similar matters during the same time period.

5. These charges were for services performed personally by your affiant in preparing the briefs and making the oral argument.

FURTHER YOUR AFFIANT SAYETH NOT.

Don C. Aldrich (191851)
745 Kasota Ave.
Minneapolis, MN 55414

Subscribed and sworn to before me
this 6th day of May 2005

Notary Public

JULIA BORAK
Notary Public
Minnesota
My Commission Expires January 31, 2010