**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Civil No.: 00-2615 DSD/FLN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2005, I caused the following documents:

1. Defendant's Memorandum in Opposition to Plaintiff Amtrust, Inc.'s Motion for an Award of Attorneys' Fees; and
2. Affidavit of Don C. Aldrich.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amy L. DuMond;
Paul L. Ratelle; and
Michael A. Rosow

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be delivered to the Honorable David S. Doty.

**KEITH D. JOHNSON, PLLC**

Dated: May 6, 2005

s/ **Keith D. Johnson**

Keith D. Johnson, ID #51226
Attorney for Defendant
Barristers Trust Building
247 Third Avenue South
Minneapolis, Minnesota 55415
Phone: (612) 341-2525
Fax: (612) 341-0116