**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

vs.

ROGER C. LARSON, individually,

Defendant.

**CIVIL FILE NO. 00-2615 DSD/FLN**

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Michael A. Rosow, currently listed as counsel of record for Plaintiff Amtrust, Incorporated, wishes to withdraw as counsel for Plaintiff Amtrust, Incorporated in this case for the following reason: Michael A. Rosow is no longer employed at Fabyanske, Westra, Hart & Thomson, attorneys for Plaintiff Amtrust, Incorporated.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

Dated: May 9, 2005

By s/ Paul L. Ratelle
Paul L. Ratelle (#127632)
800 LaSalle Avenue
Suite 1900
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR PLAINTIFF**