UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2615 (DSD/FLN)

Amtrust Incorporated, a Wyoming corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

v.

**ORDER**

Roger C. Larson, individually,

Defendant.

This matter is before the court upon plaintiff's request to file a motion to reconsider that portion of the court's order of July 25, 2005, which denied plaintiff's motion for attorney's fees. A motion to reconsider is to be granted only upon a showing of compelling circumstances. D. Minn. L.R. 7.1(g). Having fully considered the letter briefs of both parties, plaintiff has failed to persuade the court that such circumstances exist.[1]

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's request to file a motion to reconsider is denied.

Dated: September 2, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court

[1] The court would note that, as plaintiff pointed out, it misspoke when it characterized its prior award as representing fees accrued "from the date of foreclosure until January 30, 2003." (Order of July 25, 2005, at 2.) This inadvertent error did not affect the substance of the court's order.