**LAW OFFICES OF**

# KEITH D. JOHNSON, P.L.L.C.

**BARRISTERS TRUST BUILDING**
**247 THIRD AVENUE SOUTH**
**MINNEAPOLIS, MINNESOTA 55415**

**Tel: (612) 341-2525**
**Fax: (612) 341-0116**
**Email: kjohnson@wjj.com**

September 22, 2005

Honorable David S. Doty
United States District Court Judge
U.S. Federal Courthouse Room 14W
300 Fourth Street South.
Minneapolis, Minnesota 55415

VIA FAX (612-664-5067)
AND EFILING

RE: Amtrust, Inc. v. Roger C. Larson
Civil File No.: 0:00-CV-022615 (DSD/FLN)

Dear Judge Doty:

Pursuant to your Order dated July 25, 2005 in the above entitled matter, defendant Roger C. Larson deposited with the Clerk of Court the sum of $707,041.03 on September 20, 2005 as payment on the judgments. It is my understanding that attorney Paul Ratelle, pursuant to that Order, will proceed to obtain payment on behalf of plaintiff by tendering to the court a Satisfaction of Judgment and Satisfaction of Mortgage.

Upon doing so, I would like to obtain the original Satisfaction of Mortgage for forwarding to the Vermillion Bank for recording. Kindly advise if you will direct the Clerk of Court to provide the Satisfaction of Mortgage upon filing.

Thank you for your attention in this regard.

Very truly yours,

**KEITH D. JOHNSON, P.L.L.C.**

***s/ Keith D. Johnson***

Keith D. Johnson

KDJ/sk

cc: Paul L. Ratelle, Esq.
Roger Larson