nTue Sep 20 13:07:21 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 287153
Cashier larry

Tender Type CHECK

Check Number: 057109

Transaction Type BD

| DO Code | Div No | Acct |
| --- | --- | --- |
| 4641 | 4 | 604700 |

Amount $ 707041.03

DAKOTA COUNTY TITLE 00CV2615 DSD

INTERPLEADER AMTRUST V LARSON

n

SCANNED
SEP 2 0 2005
U.S. DISTRICT COURT MPLS