**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CIVIL FILE NO. 00-2615 (DSD/JMM)**

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,
Plaintiff,

vs.

ROGER C. LARSON, individually,
Defendant.

**SATISFACTION OF JUDGMENT**

Paul L. Ratelle, attorney for the undersigned judgment creditor, hereby certifies that the judgments entered and docketed in the court above named in the action above entitled, in favor of Plaintiff and against Defendant Roger C. Larson, and any post-judgment interest, has been paid and satisfied in full; and that the clerk of said court is hereby authorized to discharge said judgment of record.

Dated: September 27, 2005

**FABYANSKE, WESTRA & HART, P.A.**

By: Paul L. Ratelle
Paul L. Ratelle (#127632)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115
ATTORNEY FOR PLAINTIFF

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

This instrument was acknowledged before me on September 27, 2005, by Paul L. Ratelle, as attorney for AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust, Plaintiff in this action.

Susanne M. Hoffman
Notary Public

SUSANNE M. HOFFMAN
Notary Public-Minnesota
My Commission Expires Jan 31, 2010