**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,
Plaintiff,

vs.

ROGER C. LARSON, individually,

Defendant.

---

**CIVIL FILE NO. 00-2615 DSD/FLN**

**ORDER**

Plaintiff having satisfied the conditions for release of funds as set forth in the Order of the Court dated July 25, 2005,

IT IS HEREBY ORDERED, that the Clerk shall forthwith release to Plaintiff's counsel the sum of $707,041.03 deposited by Defendant with the clerk of court on September 20, 2005.

Dated: September 29, 2005.

Honorable David S. Doty
Judge of U.S. District Court

SCANNED
SEP 2 9 2005
U.S. DISTRICT COURT MPLS

P:\CMECF PDF\amtrust.doc