UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMTRUST, Inc

Plaintiff

v.

Civil 0:00-02615 PSO/FLN

**R E C E I P T**

Roger C. Larson

Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received from Richard D. Sletten, Clerk of the United States District Court, District of Minnesota, Check #1024 in the amount of seven hundred and seven thousand, ninety-seven dollars and forty-one cents($707,097.41).

Said check is issued pursuant to the court's order in the above matter.

Kelly D Johnson

DATED: 9/30/05

SCANNED
SEP 30 2005
U.S. DISTRICT COURT MPLS

FILED ______________________

RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Anzio Lite - 156.127.54.112

File Edit View Diagnose Communicate Transfer Help

```
[rcptrec]                      CFS-1 V8.2 -- Minnesota          30 SEP 2005 - 10:08
[I]NQUIRE                        Receipt Maintenance
REGISTER NO      :400
RECEIPT NO       :287273
RECEIPT SUB NO :1         RECEIPT TYPE: C   RECEIPT DATE:09/30/05
TENDER TYPE:2             RECEIPT AMT:          6.27

FUND       :510100  CASE NO:0:00-CV-02615    PAYMENT TYPE:7
                    DEFENDANT:0
                    BANK CODE:       BANK ACCOUNT:

VOUCHER NO   :0       PAYOR NO:
SUB VOUCHER :0        VENDOR INV:0
FY:     BUDGET ORG:         BUDGET OBJ CLASS:       SUB OBJ CLASS:
        COST ORG   :        REVENUE SOURCE   :
REMARKS:ROGER C LARSON (PAID BY DAKOTA COUNTY ABSTRACT TITLE) 0:00-CV-2615
REMARKS:REGISTRY ADMINSITRATION FEE AMTRUST INC V ROGER LARSON
                            POSTED DATE:**/**/**    ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched:     10 selected:      5 current:     2
```

Anzio Lite Version 12.0j CAPS NUM

Signature_______________________________ Date__________