**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

AMTRUST, INCORPORATED, a Wyoming Corporation, as Trustee of the Lindana Amthor Bolanos Texas Trust,

Plaintiff,

**CIVIL FILE NO. 00-2615 DSD/FLN**

vs.

**ORDER**

ROGER C. LARSON, individually,

Defendant.

Plaintiff having received the funds deposited by defendant, as previously ordered by this court,

IT IS HEREBY ORDERED, that the Clerk shall forthwith release to defendant's counsel the Satisfaction of Mortgage Plaintiff has filed with this court.

Dated: September 8, 2005.

s/David S. Doty
Honorable David S. Doty
Judge of U.S. District Court